**NATIVE ECOSYSTEMS COUNCIL; et al., Plaintiffs—Appellants,**

v.

**Abigail KIMBELL, in her official capacity as Northern Regional Forester; et al., Defendants—Appellees,**

**Butte–Silver Bow, City and County of, a municipal corporation and political subdivision of the State of Montana, Defendant–Intervenor—Appellee.**

No. 05–36036.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 15, 2006.

Thomas J. Woodbury, Esq., Missoula, MT, for Plaintiff–Appellant.

Todd S. Aagaard, Esq., John E. Arbab, Esq., DOJ–U.S. Department of Justice Environment & Natural Resources Division, Washington, DC, Mark Steger Smith, Esq., USBI–office of the U.S. Attorney, Billings, MT, for Defendant–Appellee.

Robert M. McCarthy, Esq., Butte, MT, Julie A. Weis, Esq., Haglund Kirtley Kelley Horngren & Jones, LLP, Portland, OR, for Defendant–Intervenor–Appellee.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

This appeal from the district court's September 29, 2005, order denying a motion for a preliminary injunction comes to us under 28 U.S.C. § 1292(a)(1) and 9th Cir. Rule 3–3.

We remand the case for the district court to reconsider, in light of this court's December 8, 2005, decision in *Ecology Center, Inc. v. Austin,* 430 F.3d 1057 (9th Cir.2005), whether the Forest Service adequately explained its assessment of the Basin Creek Hazardous Fuels Reduction Project's impact on the viability of the black-backed woodpecker. *See id.,* at 1067–68.

We express no opinion regarding whether *Ecology Center* warrants a different result. This panel will not retain jurisdiction over any subsequent appeal in this case.

**REMANDED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

